MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: mmcgrath@mcrazlaw.com
        knye@mcrazlaw.com
        irothschild@mcrazlaw.com
By:    Michael McGrath, # 6019
       Kasey C. Nye, #20610
       Isaac D. Rothschild, #25726
       61078-1

Proposed Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| LODGE PARTNERS, L.L.C. dba LODGE ON THE DESERT, | Case No. 4:13-bk-07952-EWH |
| Debtor. | |

**OMNIBUS DECLARATION OF DANIEL J. DONAHOE III
IN SUPPORT OF FIRST DAY MOTIONS**

DANIEL J. DONAHOE, under penalty of perjury, states:

1.    I am the managing member of Lodge Partners, LLC dba Lodge on the Desert.

2.    As managing member of the Debtor, I am familiar with the Debtor's general business affairs. The statements set forth below are true to the best of my personal knowledge, and I am competent to testify as to the validity of these statements if called to do so.

1      3.      Lodge on the Desert Hotel and Restaurant is a 103-room boutique and hotel
2  with related restaurant and banquet facility.

3      4.      Sitting on five acres in central Tucson, Lodge is managed under a contract
4  with Coastal Hotels which employs 74 Tucsonans that cater to business, event, and leisure
5  travelers alike with large hacienda style accommodations including, an award winning
6  restaurant featuring new American cuisine prepared by two-time Tucson Iron Chef, Ryan
7  Clark, and 3,700 square feet of flexible interior function space and nearly 7,000 square feet
8  of premium outdoor venues to accommodate events up to 175 guests.

9      5.      First built as a residence in 1931, the Lodge was converted to a 7-room resort
10  hotel in 1936. Over the years the hotel was expanded in 1952, 1956, 1968, and 1973 to 34
11  guest rooms.

12      6.      The Debtor acquired the hotel in 1997.

13      7.      Because of deferred maintenance and a general deterioration of the hotel under
14  the previous owner, the Debtor shut the hotel and invested approximately $1.7 million to
15  rebuild the kitchen/dining area and modernize all 34 original rooms.

16      8.      The hotel and restaurant was reopened in 1999.

17      9.      At that time, the Debtor began zoning and architectural work to expand the
18  hotel to 103 rooms and further upgrade the restaurant and meeting facilities.

19      10.      Although initially scheduled to begin construction in December 2001, the
20  Debtor lost its financing after the 9/11 terrorist attacks.

21      11.      Eventually the Debtor was able to obtain project financing from Wells Fargo
22  in 2007.

23      12.      During that time in addition to any debt financing described below, the
24  Debtor's members contributed more than $2.0 million to cover operating losses.

25      13.      Groundbreaking on the expansion to 103 rooms was finally begun January 4,
26  2008.

1      14.     After a fire destroyed the kitchen in late February 2010, the Debtor required

2 complete back of the house kitchen reconstruction which was not completed until December

3 2010.

4      15.     As a result the Lodge's first full year of post expansion and remodel

5 operations did not occur until 2012.

6      16.     With state of the art facilities, urban convenience, and traditional Tucson

7 charm, Lodge is poised for a new era of growth and profitability as the local hospitality

8 sector begins to rebound from its historic, deep and long lasting downturn.

9      17.     In addition to the Construction Loan the renovation and expansion project was

10 also funded through $2,000,000 contributed by the Debtor's members.

11 DATED this May 12, 2013.

12

13

14                             By _/s/Daniel J. Donahoe III_____

15                                 Daniel J. Donahoe III

16 365720

17

18

19

20

21

22

23

24

25

26