# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

*Hearing Information:*

| | |
|---|---|
| **Debtor:** | LODGE PARTNERS, LLC |
| **Case Number:** | 4:13-BK-07952-EWH   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, MAY 16, 2013 10:00 AM   COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | ALICIA JOHNS |

*Matters:*

1) EXPEDITED HEARING ON EMERGENCY MOTION FOR: (1) INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL; (2) ORDER SCHEDULING FINAL HEARING ON USE OF CASH COLLATERAL; AND (3) FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL FILED BY MICHAEL W. MCGRATH OF MESCH CLARK & ROTHSCHILD ON BEHALF OF LODGE PARTNERS, LLC
   R / M #:   4 / 0

2) ADM: 4:13-bk-07952-EWH
   EXPEDITED HEARING ON EMERGENCY MOTION TO AUTHORIZE EMERGENCY MOTION AUTHORIZING PAYMENT OF PRE-PETITION WAGES, SALARIES, AND EMPLOYEE BENEFITS FILED BY MICHAEL W. MCGRATH OF MESCH CLARK & ROTHSCHILD ON BEHALF OF LODGE PARTNERS, LLC.
   R / M #:   5 / 0

*Appearances:*

ISAAC ROTHSCHILD, ATTORNEY FOR LODGE PARTNERS, LLC
KASEY C. NYE, ATTORNEY FOR LODGE PARTNERS, LLC
BRYCE SUZUKI, ATTORNEY FOR WELLS FARGO BANK, Appearing in Phoenix
JUSTIN SABIN, ATTORNEY FOR  WELLS FARGO BANK, Appearing in Phoenix
CHRISTOPHER PATTOCK, ATTORNEY FOR THE U.S. TRUSTEE, Appearing in Phoenix
DAN DONAHOE III,  PRINCIPAL OF DEBTOR, PRESENT IN COURTROOM

05/16/2013  11:09:36AM

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   4:13-BK-07952-EWH          THURSDAY, MAY 16, 2013 10:00 AM

## Proceedings:

ITEM 1: EXPEDITED HEARING ON EMERGENCY MOTION FOR: (1) INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL; (2) ORDER SCHEDULING FINAL HEARING ON USE OF CASH COLLATERAL; AND (3) FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL FILED BY MICHAEL W. MCGRATH OF MESCH CLAR

Mr. Nye states this case is about a 103 room hotel. He and Mr. Suzuki have come to terms on an interim form of cash collateral order. The order is simple and contains no findings and it approves the budget through June 16th which is the same budget filed on the first day of the case. He requests a hearing prior to June 16th.

Mr. Suzuki confirms it is a vanilla status quo order.

ITEM 2: EXPEDITED HEARING ON EMERGENCY MOTION AUTHORIZING PAYMENT OF PRE-PETITION WAGES, SALARIES, AND EMPLOYEE BENEFITS FILED BY MICHAEL W. MCGRATH OF MESCH CLARK & ROTHSCHILD ON BEHALF OF LODGE PARTNERS, LLC.

Mr. Nye states at the U.S. Trustee's request he filed a supplemental exhibit which reflects the amounts owed to employees as of the petition date. No one is owed more than $1600 and no insiders are being paid. He understands there is consent by both the U.S. Trustee and Wells Fargo as to entry of the order.

Mr. Pattock states Mr. Nye was to represent on the record that all of the folks listed are staying on pursuant to the Rule of Necessity.

Mr. Nye confirms they are all staying on.

The Court asks Mr. Nye if he will need to set other matters at the continued hearing date.

Mr. Nye explains that there is a project to upgrade the wireless coverage. A motion to assume contract will be filed.

The Court asks about the status of the utilities.

Mr. Nye responds that at this time he is in communication with utilities and is hopeful they can negotiate deposits. The utilities are current or close to current. He is not certain about water and cable.

THE COURT: A CONTINUED HEARING ON USE OF CASH COLLATERAL IS SET FOR THURSDAY, JUNE 13, 2013 AT 11:00 A.M. (est 30 min)

The hearing is adjourned.

Page 2 of 2

Case 4:13-bk-07952-EWH   Doc 25   Filed 05/16/13   Entered 05/16/13 11:09:59   Desc
Main Document   Page 2 of 2                                     05/16/2013 11:09:36AM